# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:07cv128-TSL-LRA |
| | ) | |
| GASTON BARRETT; and | ) | |
| CENTRAL MISSISSIPPI PROPERTIES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STATUS REPORT

Plaintiff United States of America hereby updates the status of this Clean Water Act civil enforcement action. Specifically, the United States states as follows:

1.      On September 28, 2007, the United States commenced this action by filing a Complaint against Gaston Barrett and Central Mississippi Properties, Inc. ("Defendants").

2.      As previously reported to the Court, on April 22, 2008, the parties appeared before a mediator, John Perry, Esq., of Baton Rouge, Louisiana. See Dkt. Nos. 2, 3.

3.      Both before and after this initial mediation session, Defendants have sought and obtained from the Court unopposed extensions of time to answer the Complaint. See Dkt. Nos. 5-8.

4.      On October 14, 2008, the parties will again appear before the mediator.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division


Dated: __10/7/08_                          _ s/Andrew J. Doyle_____
                                           ANDREW J. DOYLE
                                           Trial Attorney
                                           Environmental Defense Section
                                           P.O. Box 23986
                                           Washington, DC 20026-3986
                                           phone (202) 514-4427
                                           fax (202) 514-8865
                                           andrew.doyle@usdoj.gov

                                           DUNN O. LAMPTON
                                           United States Attorney
                                           Southern District of Mississippi

                                           EDDIE PEARSON
                                           Assistant United States Attorney
                                           188 East Capitol Street, Suite 500
                                           Jackson, MS 39201
                                           phone (601) 973-2887
                                           fax (601) 965-4409
                                           eddie.pearson@usdoj.gov

                                           Attorneys for the United States

## CERTIFICATE OF SERVICE

I certify that on this 8th day of October, 2008 – and in addition to e-filing – I caused a true and correct copy of the foregoing **Status Report** to be served, via first class U.S. mail, postage prepaid, on the following attorneys for Defendants:

```
Charles Pisano
BARKLEY & THOMPSON, LC
1515 Poydras Street, Suite 2350
New Orleans, LA  70112


Jenifer B. Branning
423 Center Avenue
Philadelphia, MS  39350
```

__s/Andrew J. Doyle_____
Attorney for the United States